UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY MARIE WELLS,<br><br>Defendant. | 3:10-CR-0013-RCJ-VPC<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the revocation hearing in this matter currently scheduled for May 6, 2011, at the hour of 12:45 p..m., be vacated and continued to June 3, 2011 at 2:15 p.m.

DATED this 6th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE

3